UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THE CANADIAN ST. REGIS BAND OF MOHAWK
INDIANS, *et al.*,

          Plaintiffs,    5:82-CV-0783 (Lead)
                  5:82-CV-1114 (Member)
v.                   5:89-CV-0829 (Member)

THE STATE OF NEW YORK, *et al.*,

         Defendants.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HOBBS STRAUS DEAN & WALKER<br>Attorneys for Plaintiff St. Regis Mohawk<br> Tribe, by the St. Regis Mohawk Tribal Council<br> (5:89-CV-829 & 5:82-CV-783)<br>2120 L Street, N.W., Suite 700<br>Washington, DC 20037 | MARSHA K. SCHMIDT, ESQ.<br>MICHAEL L. ROY, ESQ. |
| SONOSKY CHAMBERS LAW FIRM<br>Attorneys for Plaintiffs Canadian St. Regis Band of<br> Mohawk Indians (5:82-CV-1114 & 5:82-CV-783)<br>1424 K Street, N.W., Suite 600<br>Washington, DC 20005 | JAMES T. MEGGESTO, ESQ.<br>ARTHUR LAZARUS, ESQ. |
| INDIAN LAW RESOURCE CENTER<br>Attorneys for Plaintiffs People of Longhouse at<br> Akwesasne by Mohawk Nation Counsel of Chiefs<br> (5:89-CV-829)<br>601 E. Street, S.E.<br>Washington, DC 20003 | ALEXANDRA C. PAGE, ESQ. |
| ALEXANDER, BERKEY, WILLIAMS &<br> WEATHERS, LLP<br>Attorneys for Plaintiffs People of Longhouse at<br> Akwesasne by Mohawk Nation Counsel of Chiefs<br> (5:89-CV-829)<br>2000 Center Street, Suite 308<br>Berkeley, CA 94704 | CURTIS G. BERKEY, ESQ. |

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>Indian Resources Section<br>Attorney for Plaintiff-Intervenor United States of America<br>  (5:89-CV-829, 5:82-CV-783 & 5:82-CV-1114)<br>L'Efant Plaza Station, P.O. Box 44378<br>Washington, DC 20026-4378 | JAMES B. COONEY, ESQ. |
| U.S. DEPARTMENT OF INTERIOR<br>  OFFICE OF THE SOLICITOR<br>1849 C Street, N.W.<br>Washington, DC 20240 | DAVID MORAN, ESQ. |
| HISCOCK & BARCLAY, LLP<br>Attorneys for Defendants County of St. Lawrence,<br>  County of Franklin, Village of Massena, Town of<br>  Massena, Town of Bombay, Town and Village of<br>  Fort Covington, Key Bank of Northern New York, N.A.,<br>  Nationwide Mutual Insurance Co., Niagara Mohawk<br>  Power Co., Marine Midland Properties Corporation,<br>  Walsh Realty Corporation, and Canadian National<br>  Railways (5:89-CV-829, 5:82-CV-783 & 5:82-CV-1114)<br>P.O. Box 4878<br>Syracuse, NY 13221-4878 | JUDITH M. SAYLES, ESQ. |
| HON. ELIOT L. SPITZER<br>Attorney General for the State of New York<br>Attorney for State Defendants<br>  (5:89-CV-829, 82-CV-783 & 82-CV-1114)<br>The Capitol<br>Albany, NY 12224 | DAVID B. ROBERTS, ESQ.<br>CHRISTOPHER W. HALL, ESQ.<br>Assistant Attorneys General |
| MANATT, PHELPS & PHILLIPS, LLP<br>Attorneys for Defendant New York Power Authority<br>  (89-CV-829 & 82-CV-1114)<br>1675 Broadway, 27th Floor<br>New York, NY 10019 | O. PETER SHERWOOD, ESQ. |
| SNELL & WILMER, LLP<br>Attorneys for Movant-Intervenor<br>  Mohawk Council of Kahnawá:ke<br>One Arizona Center<br>Phoenix, AZ 85004 | MARCIE MONTGOMERY, ESQ.<br>HEIDE STAUDENMAIER, ESQ. |

## *Order*

On January 31, 2005, the Clerk's Office received a "Notice of Jurisdictional Suggestion" from non-party Kanion'ke:haka Kaianerch'ko:wa Kanon'ses:neh. Doc. 368. By order dated February 18, 2005, pursuant to 28 U.S.C. § 636 and Local Rule 72.1, this court referred that Notice to Magistrate Judge Lowe for a Report and Recommendation. Doc. 374. On May 18, 2005, Magistrate Lowe issued his Report, recommending denial of the non-party's motion to dismiss. Doc. 416. The non-party timely filed objections thereto. Doc. 419.

After careful review of the thorough and well-reasoned Report and Recommendation of Magistrate Judge Lowe, as well as the non-party's objections thereto, the court finds those objections to be without merit. Accordingly, it hereby ADOPTS in its entirety that May 18, 2005 Report and Recommendation.

IT IS SO ORDERED.
June 8, 2005
Syracuse, New York

Neal P. McCurn,
Sr. U.S. District Court Judge