UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THE CANADIAN ST. REGIS BAND OF MOHAWK
INDIANS, *et al.*,

                                    Plaintiffs,        5:82-CV-0783 (Lead)
                                                             5:82-CV-1114 (Member)
v.                                                         5:89-CV-0829 (Member)

THE STATE OF NEW YORK, *et al.*,

                                    Defendants.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HOBBS STRAUS DEAN & WALKER<br>Attorneys for Plaintiff St. Regis Mohawk<br> Tribe, by the St. Regis Mohawk Tribal Council<br> (5:89-CV-829 & 5:82-CV-783)<br>2120 L Street, N.W., Suite 700<br>Washington, DC 20037 | MARSHA K. SCHMIDT, ESQ.<br>MICHAEL L. ROY, ESQ. |
| SONOSKY CHAMBERS LAW FIRM<br>Attorneys for Plaintiffs Canadian St. Regis Band of<br> Mohawk Indians (5:82-CV-1114 & 5:82-CV-783)<br>1424 K Street, N.W., Suite 600<br>Washington, DC 20005 | JAMES T. MEGGESTO, ESQ.<br>ARTHUR LAZARUS, ESQ. |
| INDIAN LAW RESOURCE CENTER<br>Attorneys for Plaintiffs People of Longhouse at<br> Akwesasne by Mohawk Nation Counsel of Chiefs<br> (5:89-CV-829)<br>601 E. Street, S.E.<br>Washington, DC 20003 | ALEXANDRA C. PAGE, ESQ. |
| ALEXANDER, BERKEY, WILLIAMS &<br> WEATHERS, LLP<br>Attorneys for Plaintiffs People of Longhouse at<br> Akwesasne by Mohawk Nation Counsel of Chiefs<br> (5:89-CV-829)<br>2000 Center Street, Suite 308<br>Berkeley, CA 94704 | CURTIS G. BERKEY, ESQ. |

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>Indian Resources Section<br>Attorney for Plaintiff-Intervenor United States of America<br>  (5:89-CV-829, 5:82-CV-783 & 5:82-CV-1114)<br>L'Efant Plaza Station, P.O. Box 44378<br>Washington, DC 20026-4378 | JAMES B. COONEY, ESQ. |
| U.S. DEPARTMENT OF INTERIOR<br>  OFFICE OF THE SOLICITOR<br>1849 C Street, N.W.<br>Washington, DC 20240 | DAVID MORAN, ESQ. |
| HISCOCK & BARCLAY, LLP<br>Attorneys for Defendants County of St. Lawrence,<br>  County of Franklin, Village of Massena, Town of<br>  Massena, Town of Bombay, Town and Village of<br>  Fort Covington, Key Bank of Northern New York, N.A.,<br>  Nationwide Mutual Insurance Co., Niagara Mohawk<br>  Power Co., Marine Midland Properties Corporation,<br>  Walsh Realty Corporation, and Canadian National<br>  Railways (5:89-CV-829, 5:82-CV-783 & 5:82-CV-1114)<br>P.O. Box 4878<br>Syracuse, NY 13221-4878 | JUDITH M. SAYLES, ESQ. |
| HON. ELIOT L. SPITZER<br>Attorney General for the State of New York<br>Attorney for State Defendants<br>  (5:89-CV-829, 82-CV-783 & 82-CV-1114)<br>The Capitol<br>Albany, NY 12224 | DAVID B. ROBERTS, ESQ.<br>CHRISTOPHER W. HALL, ESQ.<br>Assistant Attorneys General |
| MANATT, PHELPS & PHILLIPS, LLP<br>Attorneys for Defendant New York Power Authority<br>  (89-CV-829 & 82-CV-1114)<br>1675 Broadway, 27th Floor<br>New York, NY 10019 | O. PETER SHERWOOD, ESQ. |
| SNELL & WILMER, LLP<br>Attorneys for Movant-Intervenor<br>  Mohawk Council of Kahnawá:ke<br>One Arizona Center<br>Phoenix, AZ 85004 | MARCIE MONTGOMERY, ESQ.<br>HEIDE STAUDENMAIER, ESQ. |

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

Currently before me are the parties' status reports filed on August 8, 2005, and their request for a continuation of a stay of the proceedings in this matter until February 15, 2006. (Dkt. Nos. 425, 426, 429.)  After having carefully considered the status reports and the reasons for the parties' request, it is

**ORDERED** that all proceedings in this matter are stayed until **FEBRUARY 15, 2006**, except: (1) any proceedings in connection with, or resulting from, Kanion'ke:haka Kaianereh'ko:wa Kanon'ses:neh's appeal of the district court's decision regarding its "Notice of Jurisdictional Suggestion" (Dkt. No. 368); and (2) any proceedings in connection with, or resulting from, the Mohawk Council of Kahnawá:ke's objections to, or appeals from, any decisions regarding its Motion to Intervene (Dkt. No. 380); and it is further

**ORDERED** that, on or before **FEBRUARY 8, 2006**, the parties shall (individually or jointly) file a report with the Court regarding the status of the settlement of this matter; and it is further

**ORDERED** that the Clerk's Office shall serve a copy of this Order on counsel for the parties to this action, as well as upon: (1) counsel for the Mohawk Council of Kahnawá:ke; and (2) Kanion'ke:haka Kaianereh'ko:wa Kanon'ses:neh.

Dated: August 12, 2005
       Syracuse, New York

                                            George H. Lowe
                                            United States Magistrate Judge