

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Telephone: (518) 776-2287

July 15, 2016

Magistrate Judge Therese Dancks
United States District Court
Northern District of New York
Federal Building
100 S. Clinton Street
P.O. Box 7365
Syracuse, NY  13261-7365

Re:  Joint Status Report  in *Canadian St. Regis Band of Mohawk Indians et al v. State of New York, et al*, 82-CV-783; 82-CV-114; 89-CV-829

Dear Judge Dancks,

      In accord with this Court's Text Order of May 20, 2016, Dkt. 682, the parties submit the following status report and extension request.

      State representatives will be in Franklin County the week of July 18th, meeting individually with elected representatives regarding establishment of general parameters for an acceptable negotiated settlement, then meet with Tribal officials to discuss the potential framework.

      After a telephone conference call among counsel that took place with the Circuit Court on June 29, 2016, the Court granted a continued stipulated stay of appeal in the related Second Circuit case of *St. Regis Mohawk Tribe v. Cuomo*, Dkt. No. 13-3406, under which that stay is extended to September 13, 2016.

      In order to keep this case in harmony with the timing of the stay stipulation in the related Second Circuit case, we request that the stay in this case be extended with a report to this court to be filed on or before September 13, 2016.

Thank you for your attention to this matter.

                    Very truly yours,

                    *s/ David Roberts*

                    DAVID B. ROBERTS
                    Assistant Attorney General
                    Bar Roll # 102455

cc:    All Counsel by ECF Filing