<u>List of Exhibits</u>

Exhibit 1.      Excerpts from Hough, F.B., *A History of St. Lawrence and Franklin Counties, New York, from the Earliest Period to the Present Time* (1853)

Exhibit 2.      Frear, G., *The Founding of St. Regis*, The Quarterly, Vol XXVIII, No. 4 (Oct. 1983)

Exhibit 3.      Excerpt from the Report of Special Committee to Investigate the Indian Problem of the State of New York, appointed by the Legislative Assembly (1889)

Exhibit 4A.    Map of Macomb's Purchase
4B.    Map Source Description
https://digitalcollections.archives.nysed.gov/index.php/Detail/objects/36739

Exhibit 5A.    1795 Survey of Macomb's Purchase
5B.    Survey Source Description
5C.    Survey Text
5D    Survey Transcription
https://digitalcollections.archives.nysed.gov/index.php/Detail/objects/37481
5E.    Close up of Survey

Exhibit 6.      Letter to George Washington from George Clinton, 7 April 1794, https://founders.archives.gov/documents/Washington/05-15-02-0415

Exhibit 7.      Letter to George Washington from Timothy Pickering, 21 July 1795, https://founders.archives.gov/documents/Washington/05-18-02-0280

Exhibit 8.      Opinion of Attorney General William Bradford, June 16, 1795 (with transcription); https://wardepartmentpapers.org/s/home/item/13810

Exhibit 9.      Letter from George Washington to Timothy Pickering, 27 July 1795, https://founders.archives.gov/documents/Washington/05-18-02-0299

Exhibit 10.    Journal of the Executive Proceedings of the Senate of the U.S. from the commencement of the First, to the termination of the Nineteenth Congress, Vol. 1, p. 206 (1828), downloaded from Google Books, https://books.google.com/books?id=8lsUAAAAYAAJ

Exhibit 11.    Journal of the Executive Proceedings of the Senate of the U.S. from the commencement of the First, to the termination of the Nineteenth Congress, Vol. 1, p. 208 (1828), downloaded from Google Books, https://books.google.com/books?id=8lsUAAAAYAAJ

Exhibit 12.    American State Papers, Senate, 4th Cong. 2d Sess. Indian Affairs Vol. 1 616-620;

https://memory.loc.gov/ll/llsp/007/0600/06180616.tif;
https://memory.loc.gov/ll/llsp/007/0600/06190617.tif;
https://memory.loc.gov/ll/llsp/007/0600/06200618.tif;
https://memory.loc.gov/ll/llsp/007/0600/06210619.tif;
https://memory.loc.gov/ll/llsp/007/0600/06220620.tif

Exhibit 13.    Treaty with the Seven Nations of Canada, 7 Stat. 55 (1796)

Exhibit 14A.   Submission of Treaty by President Washington, Journal of the Executive
               Proceedings of the Senate of the United States, Vol. 1, 219, Jan. 4, 1797
               https://memory.loc.gov/ll/llej/001/0200/02260219.tif
               https://memory.loc.gov/ammem/amlaw/lawhome.html

        14B.   Ratification of Treaty by Senate, Journal of the Executive
               Proceedings of the Senate of the United States, Vol. 1, 221
               January 16, 1797, http://memory.loc.gov/ll/llej/001/0200/02280221.tif
               https://memory.loc.gov/ammem/amlaw/lawhome.html

Exhibit 15A.   CHAP 68.  AN ACT to ascertain the boundaries of lands reserved to the
               St. Regis Indians Mar 30, 1799, Laws of the State of New York passed at
               the sessions of the legislature held in the years 1797 , 1798, 1799 and 1800
               inclusive, Vol. IV (1885)

Exhibit 15B.   1799 Survey Map of a tract equal to 6 miles Square reserved for use of
               the Indians of the Village of St. Regis

Exhibit 15C  Source description
https://digitalcollections.archives.nysed.gov/index.php/Detail/objects/36615

Exhibit 16.    Purchase of June 12, 1824, reproduced in the Report of Special Committee
               to Investigate the Indian Problem of the State of New York, appointed by the
               Legislative Assembly (1889)

Exhibit 17A.   Survey of June 12, 1824 Purchase
Exhibit 17B    Source Description
https://digitalcollections.archives.nysed.gov/index.php/Detail/objects/10716

Exhibit 18A.   Surveyor Report 1885 of June 12, 1824 and September 23, 1825 Purchases
Exhibit 18B    Surveyor Report Source Description
https://digitalcollections.archives.nysed.gov/index.php/Detail/objects/10655

Exhibit 19.    Quit Claim Deed of December 14, 1824, reproduced in the Report of Special
               Committee to Investigate the Indian Problem of the State of New York,
               appointed by the Legislative Assembly (1889)

Exhibit 20     Purchase of Sept. 23, 1825 reproduced in the Report of Special Committee

to Investigate the Indian Problem of the State of New York, appointed by the Legislative Assembly (1889)

Exhibit 21A    Survey of Sept 23, 1825 Purchase
Exhibit 21B    Source Description
https://digitalcollections.archives.nysed.gov/index.php/Detail/objects/10715

Exhibit 22      1838 Treaty of Buffalo Creek, 7 Stat. 550

Exhibit 23      Confidential B. 26th Cong. 1st Sess., Message from the President of the United States on the Amended Treaty with the New York Indians and Documents Related thereto, January 14, 1840 (SED-26-1-2) Downloaded from HTTP://congressional.proquest.com/congressional/docview/t51.d48.sed-26-1-2?accountid=12084.

Exhibit 24.    Confidential No. 10.E. 25th Cong. 2d Sess., Message of the President of the United States Transmitting Treaties with the Indians of the State of New York, with the St. Regis band, and with the Oneidas, residing at Green Bay and sundry documents relating thereto, April 23, 1838, (SED 25-2-10), Downloaded from HTTP://congressional.proquest.com/congressional/docview/t51.d48.sed-25-2-10?accountid=12084.

Exhibit 25.    Ch. 152, Laws of the State of New York Passed at the Twenty Fourth Session of the Legislature Held in the Year 1801, Vol. V (pub 1887)

Exhibit 26.    Affidavit of Edith Blackwell, Dated June 14, 2002