STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2616

August 31, 2023

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
United States District Court, Northern District of New York
100 S. Clinton Street
P.O. Box 7365
Syracuse New York 13261-7365

Re: *Canadian St. Regis Band of Mohawk Indians v. State of New York, et al.,* 82-cv-783; 82-cv-114; 89-cv-829

Dear Judge Dancks:

     I write pursuant to your Honor's Text Order dated July 5, 2023 [ECF No. 859] to request an additional week, to September 7, 2023 to provide a status update in this matter. At this time, I am still awaiting further updates from the state officials who are involved in the settlement negotiations. Therefore, I request an additional week to obtain that information and convey it to the Court.

                      Respectfully submitted,

                      *s/ Ryan W. Hickey*
                      Ryan W. Hickey
                      Assistant Attorney General

cc: All Counsel of Record (via ECF filing)